373 A.2d 1118

Commonwealth v. Brunner, Appellant.

Submitted December 6, 1976.   Lois B. Anderson, Assistant Public Defender, for appellant;  Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Order affirmed.